IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,, <br><br> Plaintiffs, <br> v. <br><br> LML ENTERPRISES, INC., <br><br> Defendant. <br> _____/ | No. C 13-3117 RS <br><br> **JUDGMENT** |

Pursuant to the order adopting the Report and Recommendation herein, judgment is hereby entered against defendant and in favor of plaintiffs as follows:

1) unpaid contributions in the amount of $41,297.58;

2) liquidated damages in the amount of $18,044.26;

3) interest in the amount of $16,227.92;

4) attorney fees in the amount of $3,816.25;

5) costs in the amount of $1,308.28; and,

6) Defendant is ordered to submit to an audit by auditors selected by the Trust Funds at Defendant's premises during business hours, or where the records are kept, at a reasonable time or times, and to allow said auditors to examine and copy such books, records, papers, reports of Tim Kruse Construction, Inc., that are relevant to the enforcement of the collective bargaining agreement or Trust Agreements, including but not limited to the following: Individual earning records (compensation); W-2 forms; 1096 and 1099 forms; reporting forms for all Trust Funds; State DE-3 tax reports; workers compensation insurance report; employee time cards; payroll journal; quarterly payroll tax returns (form 941); check register and supporting cash voucher; Form 1120- 1040 or partnership tax returns; general ledger – (portion relating to payroll audit);

This Court shall retain jurisdiction of this matter to enforce the Order compelling an audit and payment of any amounts found due and owing.

IT IS SO ORDERED.

Dated:  6/24/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2